JOHN THORNE, APPELLANT, v. ANTHONY E. CASALE, RE-
CORDER, ETC., RESPONDENT.

Submitted February 9, 1925—Decided March 16, 1925.

On appeal from the Supreme Court, whose opinion is re-
ported *sub nomine* Thorne *v.* Kearney, in 100 *N. J. L.* 228.

For the appellant, *John J. Murphy.*

For the respondent, *John H. Cooper.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Minturn in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-
CHARD, PARKER, BLACK, KATZENBACH, CAMPBELL, LLOYD.
GARDNER, CLARK, MCGLENNON, KAYS, JJ.   12.

*For reversal*—KALISCH, VAN BUSKIRK, JJ.   2.